UNITED STATES COURT OF INTERNATIONAL TRADE

```
-----------------------------------------------------------x
DSM NUTRITIONAL PRODUCTS, INC.      :
                                    :
                    Plaintiff,      :   Court No. 15-00300
                                    :
        v.                          :
                                    :
UNITED STATES,                      :
                                    :
                    Defendant.      :
                                    :
-----------------------------------------------------------x
```

## COMPLAINT

Plaintiff, DSM Nutritional Products, Inc., through its undersigned attorneys, alleges the following as its complaint in this case:

FIRST CAUSE OF ACTION

1. The Court has jurisdiction of this action pursuant to 28 U.S.C. § 1581(a).

2. Plaintiff is the importer of record of the subject merchandise.

3. The protests and summons in this action were timely filed.

4. All liquidated duties, charges and exactions were paid prior to the commencement of this action.

5. The subject merchandise consists of beta-carotene with stabilizers and/or anti-caking agents.

6. The beta-carotene in the subject merchandise is naturally derived through the fermentation of the fungus Blakeslea trispora.

7. The subject products are described on the commercial invoices as "Betanat 10%

CWD;" "Betanat 20% CWD;" "Betanat 20% CWDN;" "Betanat 30% OS;" and "Betanat 30% OSN."

8. Stabilized beta-carotene is inherently a dual-use product; it can be used as a source of Provitamin A and can be used as a colorant in food and beverage applications.

9. The subject merchandise consists of Provitamin A.

10. The subject merchandise is used as a source of Provitamin A.

11. Betanat 10% CWD contains 10% beta-carotene by weight.

12. Betanat 20% CWD and Betanat 20% CWDN contain 20% beta-carotene by weight.

13. Betanat 30% OS and Betanat 30% OSN contain 30% beta-carotene by weight.

14. U.S. Customs and Border Protection (CBP) classified the subject merchandise upon liquidation under subheading 2106.90.99, Harmonized Tariff Schedules of the United States ("HTSUS"), as "food preparations not elsewhere specified or included," dutiable at 6.4% *ad valorem*.

15. The subject merchandise is properly classifiable as "provitamins" under subheading 2936.90.01, HTSUS, free of duty.

SECOND CAUSE OF ACTION

16. Plaintiff repeats and incorporates by reference the allegations set forth in paragraphs 1 through 14.

17. The subject merchandise consists of natural coloring matter of vegetable origin.

18. The subject merchandise is classifiable as "coloring matter of vegetable origin: [o]ther" under subheading 3203.00.80, HTSUS, dutiable at 3.1% *ad valorem*.

## THIRD CAUSE OF ACTION

19. Plaintiff repeats and incorporates by reference the allegations set forth in paragraphs 1 through 14.

20. The subject merchandise consists of synthetically derived coloring matter.

21. The subject merchandise is alternatively classifiable as "Synthetic organic coloring matter: other: other: [b]eta-carotene and other carotenoid coloring matter," in subheading 3204.19.35, HTSUS, dutiable at 3.1 % *ad valorem*.

WHEREFORE, plaintiff respectfully requests the Court to enter judgment declaring that CBP's classification upon liquidation of the subject merchandise was contrary to law; that the claimed classification of the subject merchandise under subheading 2936.90.01, HTSUS, or, alternatively, under subheadings 3203.00.80, HTSUS, or, alternatively, under subheading 3204.19.35, HTSUS, be sustained; and that CBP be directed to reliquidate the involved entries accordingly and to refund the excess duties collected together with lawful interest; and granting such further relief, including attorneys' fees and costs, as the Court deems proper.

        Respectfully submitted,

        GRUNFELD, DESIDERIO, LEBOWITZ
        SILVERMAN & KLESTADT, LLP
        *Attorneys for Plaintiff*
        599 Lexington Avenue
        36th Floor
        New York, New York 10022
        Tel. (212) 557-4000
        JSpraragen@GDLSK.com

By:   /s/ Joseph M. Spraragen
       Erik D. Smithweiss
       Joseph M. Spraragen

Dated: October 27, 2021
       New York, New York

11333182_1